**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria LA 71301

John T. Giordano
A.D.A.
Post Office Drawer 1472
Alexandria, LA 71309-1472

### REHEARING ACTION: March 27, 2013

**Docket Number: 12   00721-KA**

**STATE OF LOUISIANA**
**VERSUS**
**LAWRENCE AKEEM BLADE**

**Appealed from Rapides Parish Case No. 303,483**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

   **DENIED.**

cc: Edward Kelly Bauman, Counsel for the Appellant